IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

JEROMIE A. LASSEN, )
              Plaintiff, )
         )
vs. )     Case No. 06-4025-JAR
         )
JO ANNE B. BARNHART, )
COMMISSIONER OF )
SOCIAL SECURITY )
             Defendant. )
_____)

## ORDER

Ten days having passed, and no written objections being filed to the proposed findings and recommendations filed by the magistrate judge John Thomas Reid, and after a de novo determination upon the record pursuant to Fed. R. Civ. P. Rule 72(b), the Court accepts the recommended decision and adopts it as its own.

Dated this 19th day of January, 2007.

                                      S/ Julie A. Robinson
                                      Julie A. Robinson
                                      United States District Judge